P. Alex McBean, #10390
Email: mcbean04@gmail.com
ALEX McBEAN LAW OFFICE, PLLC
P.O. Box 1726
Bountiful, Utah 84011
Telephone (385) 319-1137

[Additional counsel appear on signature page]

*Attorneys for plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| JANN DESCANZO, VERONICA BONDOC, GLEN SEGUNDINO, and MARIANNE PONIO, and those similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GRAND AMERICA HOTELS & RESORTS, INC. and SINCLAIR SERVICES COMPANY<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00443-DB<br><br>**REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND THE CLASS CERTIFICATION DEADLINE**<br><br>**Honorable Dee Benson**<br><br>JURY TRIAL DEMANDED |

## I.  REPLY

Defendants did not respond to Plaintiffs' Motion to Extend the Class Certification Deadline. Plaintiffs therefore respectfully request the Court grant Plaintiffs' motion and extend the class certification deadline until a

1

date after the Court has held an initial conference and entered a discovery schedule.

RESPECTFULLY SUBMITTED AND DATED this 13th day of November, 2019.

> TERRELL MARSHALL LAW GROUP PLLC
>
> By:   /s/ Erika L. Nusser, *Admitted PHV*
>     Beth E. Terrell, *Admitted Pro Hac Vice*
>     Email: bterrell@terrellmarshall.com
>     Erika L. Nusser, *Admitted Pro Hac Vice*
>     Email: enusser@terrellmarshall.com
>     936 North 34th Street, Suite 300
>     Seattle, Washington 98103-8869
>     Telephone: (206) 816-6603
>     Facsimile: (206) 319-5450
>
> ALEX McBEAN LAW OFFICE
> P. Alex McBean, #10390
> Email: alex@alexmcbeanlaw.com
> 503 West 2600, Suite 200
> Bountiful, Utah 84010
> Telephone (358) 347-0727
>
> TOWARDS JUSTICE
> Alexander Hood, *Admitted Pro Hac Vice*
> Email: alex@towardsjustice.org
> 1410 High Street, Suite 300
> Denver, Colorado 80218
> Telephone: (720) 441-2236
>
> *Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I, Erika L. Nusser, hereby certify that on November 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Matthew R. Lewis, #7919
>Email: mlewis@kba.law
>R. Jeremy Adamson, #12818
>Email: jadamson@kba.law
>Megan J. Nelson, #15691
>Email: mnelson@kba.law
>KUNZLER BEAN & ADAMSON, PC
>50 W. Broadway, 10th Floor
>Salt Lake City, Utah 84101
>Telephone: (801) 994-4646
>
>Brett L. Tolman, #8821
>Email: brett@tolmangroup.com
>THE TOLMAN GROUP
>13827 Sprague Lane, Suite 220
>Draper, Utah 84020
>Telephone: (801) 639-9840
>Facsimile: (801) 448-3375

DATED this 13th day of November, 2019.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By:   /s/ Erika L. Nusser, *Admitted PHV*
>     Erika L. Nusser, *Admitted Pro Hac Vice*
>     Email: enusser@terrellmarshall.com
>     936 North 34th Street, Suite 300
>     Seattle, Washington 98103-8869
>     Telephone: (206) 816-6603
>     Facsimile: (206) 319-5450
>
>*Attorneys for Plaintiffs*